

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-11-00018-CV

**THE EDWARDS AQUIFER AUTHORITY**, and
Roland Ruiz in his official capacity as General Manager of the Edwards Aquifer Authority,
Appellants/Cross Appellees

v.

Glenn and JoLynn **BRAGG**,
Appellees/Cross Appellants

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 06-11-18170
Honorable Thomas F. Lee, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

We withdraw our opinion and judgment of August 28, 2013. In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and the cause REMANDED for further proceedings consistent with the opinion on the issue of the compensation owed for the taking of the Home Place Orchard and the D'Hanis Orchard.

Costs are assessed against the party that incurred them.

SIGNED November 13, 2013.

*Sandee Bryan Marion*
Sandee Bryan Marion, Justice